**FILED**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2006 OCT 24 P 12: 14

CLERK, US DISTRICT COURT
            FLORIDA

UNITED STATES OF AMERICA

v.

LITTLE JOHN TILLIE

Case No. 3:92-cr-253-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On October 24, 2006, Don Pashayan, Assistant United States Attorney, and the Defendant, LITTLE JOHN TILLIE, appeared in person and with his counsel, Lisa Call, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 284, filed August 23, 2006).

The Defendant, having heretofore been convicted on April 9, 1993, in Case No. 92-187-Cr-J-16, of offense charged, to wit: Conspiring with other persons to distribute cocaine base, commonly known as "crack" cocaine, a Schedule I controlled substance, in violation of Title 21 U.S.C., Section 846, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 262 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 284, filed August 23, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eight (8) months**. The Court recommends a substance abuse program.

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of October, 2006.

                                                HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:
Don Pashayan, Esq.
Lisa Call, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office